SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
ROBERT MUSSIG, Cal. Bar No. 240369
rmussig@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213-620-1780
Facsimile:   213-620-1398

JS-6

Attorneys for Defendant
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAREW, an individual<br><br>                 Plaintiff,<br><br>     v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC an Arizona limited liability company; and DOES 1 - 50<br><br>                 Defendants | Case No.  5:14-cv-01782-VAP-KK<br><br>Assigned to: The Hon. Virginia A. Phillips, Courtroom 2<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S CLAIMS FOR RELIEF WITH PREJUDICE**<br><br>Complaint Filed: July 17, 2014<br>Trial Date: September 29, 2015 |

1  The Court, having read and considered the Stipulation for Entry of
2  Order Dismissing Plaintiff's Claims for Relief With Prejudice filed by Plaintiff John
3  Larew ("Plaintiff") and Defendant Swift Transportation Co. of Arizona, LLC
4  ("Defendant"), and good cause appearing therefore,

6  **IT IS HEREBY ORDERED** that all claims for relief asserted by
7  Plaintiff against Defendant in this action are hereby dismissed with prejudice, with
8  each party bearing his/its own attorneys' fees and costs.

10 Dated: May 7, 2015

   *[signature: Virginia A. Phillips]*

   _____
   Hon. Virginia A. Phillips
   UNITED STATES DISTRICT JUDGE

-2-
SMRH:436821639.1                                    [PROPOSED] ORDER DISMISSING PLAINTIFF'S
                                                    CLAIMS FOR RELIEF WITH PREJUDICE